CAROLYN A. DYE, TRUSTEE
3435 Wilshire Blvd., Suite 990
Los Angeles, CA 90010
Telephone: (213) 368-5000
Facsimile: (213) 368-5009

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| In Re:<br><br>HUA, KATHY KIM<br><br><br>Debtor(s) | Case No.: 2:18-20372-BR<br><br>18203722<br>Chapter: 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |
|---|---|

COUNSEL: Randolph R Ramirez
TO THE ABOVE NAMED DEBTOR(S):

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **November 5, 2018** at **11:00 a.m.** at 915 Wilshire Blvd, 10th Floor, Meeting Room 2, Los Angeles, California 90017, for the reason set forth below:

The Trustee requested that you provide additional documentation.

Dated: October 15, 2018

/s/ Carolyn A. Dye
CAROLYN A. DYE
Chapter 7 Trustee

I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on October 15, 2018.

/s/ Shawn Sterrett
Shawn Sterrett